**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00784-CV

**TONYA PARKS AND PARKS REALTY FIRM, LLC, Appellants**

**V.**

**AFFILIATED BANK, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04540-C**

## ORDER

Before the Court is appellants' December 30, 2016 second motion for extension of time to file appellants' brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed by February 1, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     ELIZABETH LANG-MIERS
           JUSTICE